UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 10-21955-cv-GOLD/WHITE

LEWIS D. GERMAINE,

    Petitioner,

v.

KENNETH ATKINSON, Warden,

    Respondent.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon Magistrate Judge White's Report and Recommendation ("the Report"). [ECF No. 12]. In the Report, Judge White recommends that the Petition for Writ of Habeas Corpus, [ECF No. 1], be dismissed without prejudice because the Petitioner has not exhausted his available administrative remedies.[1] Neither Party has filed objections to the Report, and the time for doing so has expired. Upon an independent review of the Report, the record and applicable case law, as well as noting that no objections have been filed, it is hereby:

ORDERED AND ADJUDGED:

1.     The Report, [ECF No. 12], is **AFFIRMED AND ADOPTED**.

2.     For the reasons discussed in the well-reasoned Report, Petitioner's petition for writ of habeas corpus, [ECF No. 1], is **DENIED WITHOUT PREJUDICE**.

DONE and ORDERED in Chambers in Miami, Florida, this 20 day of January, 2011.

---

[1] In addition, the Petition may be moot as it appears that Petitioner's Residential Reentry Center date and release date have already passed. [ECF No. 12, p. 1 & n.2.

 

                                    THE HONORABLE ALAN S. GOLD
                                    UNITED STATES DISTRICT JUDGE

cc:
U.S. Magistrate Judge Patrick A. White
All counsel of record

Lewis Germaine
# 50248-004
FCI - Miami
P.O. Box 779800
Miami, FL 33177